GREGORY & WALDO, LLC.
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
324 S. 3rd Street, Suite 1
Las Vegas, Nevada 89101
Telephone: (702) 830-7925
Facsimile: (702) 294-0231
jmw@gregoryandwaldo.com
Attorney for Defendant
ANTOINE EVANS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>REGGIE PRATT, et al. )<br>)<br>Defendants. )<br>)<br>)<br>_____ ) | Case No.: 2:16-cr-00052-GMN-CWH<br><br>**ANTOINE EVANS UNOPPOSED**<br>**MOTION TO CONDUCT A**<br>**PRE-PLEA PRESENTENCE**<br>**INVESTIGATION REPORT AND**<br>**PROPOSED ORDER** |

COMES NOW, ANTOINE EVANS, by and through his counsel, JENNIFER M.

WALDO, Esq., of GREGORY & WALDO, LLC., and hereby move this Honorable Court for

an Order to conduct a pre-plea presentence investigation report in the instant matter.

The calculation of Mr. Evans' criminal history may drastically impact his sentencing

exposure, which will impact any plea negotiations and/or how Mr. Evans intends to proceed in

this matter. A pre-plea presentence report will promote judicial economy because it will

ultimately aid in the manner in which this case is resolved.

/ / / /

/ / / /

/ / / /

1

Accordingly, Mr. Evans respectfully requests an Order requiring Parole and Probation to prepare a pre-plea presentence investigation report. It is counsel's understanding that the Government is not opposing this request.

DATED this 26th day of June, 2017.

Submitted by:

*/s/ Jennifer M. Waldo*

_____
Nevada Bar No.: 11900
324 S. 3rd Street, Suite 1
Las Vegas, Nevada 89101
Attorney for Antoine Evans

GREGORY & WALDO, LLC.
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
324 S. 3rd Street, Suite 1
Las Vegas, Nevada 89101
Telephone: (702) 830-7925
Facsimile: (702) 294-0231
jmw@gregoryandwaldo.com
Attorney for Defendant
ANTOINE EVANS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　）<br>　　　　　　　）<br>　　　　　Plaintiff,　　　）<br>　　　　　　　）<br>　　v.　　　　　　）<br>　　　　　　　）<br>　　　　　　　）<br>REGGIE PRATT, et al.　　　）<br>　　　　　　　）<br>　　　　　Defendants.　　　）<br>　　　　　　　）<br>　　　　　　　）<br>_____） | Case No.: 2:16-cr-00052-GMN-CWH<br><br>**ORDER** |

   IT IS HEREBY ORDERED that Defendant Antoine Evans' Unopposed Motion for a

Pre-Plea Presentence Investigation Report is GRANTED.

   IT IS FURTHER ORDERED that the United States Office of Parole and Probation shall

prepare and submit to the Court a Pre-Plea Presentence Investigation Report containing the

requested guideline calculation of Mr. Evans' criminal history only.

   DATED this ___27th___ day of June, 2017.


                                        _____
                                        United States Magistrate    Judge

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of June, 2017, the undersigned served the foregoing Antoine Evans' Unopposed Motion for a Pre-Plea Presentence Investigation Report on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court using CM/ECF system which was electronically served upon all attorneys of record in this matter.

*/s/ Nicole Petrillo*
_____
An Employee of Gregory & Waldo, LLC.