GREGORY & WALDO, LLC.
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
324 S. 3rd Street, Suite 1
Las Vegas, Nevada 89101
Telephone: (702) 830-7925
Facsimile: (702) 294-0231
jmw@gregoryandwaldo.com
Attorney for Defendant
ANTOINE EVANS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> vs. <br><br> ANTOINE EVANS, <br><br>     Defendants. | CASE NO: 2:16-cr-00052-GMN-CWH <br><br> **STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE OBJECTIONS TO PSR AND TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between PHILLIP N. SMITH, ESQ., Assistant United States District Attorney and JENNIFER M. WALDO, ESQ., counsel for ANTOINE EVANS that Defendant Antoine Evans shall have up to and including January 11, 2018 to file Objections to the PSR. Additionally, the parties further agree to continue the Sentencing Hearing in this matter, currently set for January 19, 2018 to a time convenient to this court, but no earlier than 60 days.

This stipulation is entered into for the following reasons:

1. That on or about December 14, 2017, counsel received a copy of Mr. Evans' PSR;

2. That counsel requires a very brief period of additional time to address the objections and/or concerns raised by Mr. Evans regarding his PSR;

3. That the Defendant Mr. Evans was also recently charged in *State of Nevada v. Evans*, Case No.: 16F09904X

1

4. That the Preliminary Hearing in the State matter is set for January 31, 2018;

5. That undersigned counsel was recently appointed to represent Mr. Evans in his State case as well;

6. That the Defendant is seeking a continuance of his Sentencing date to allow additional time to address this new matter and possibly reach a global resolution that will include his negotiations in the instant case as well;

7. That the additional time requested is for the purposes stated above and not sought for the purposes of delay;

8. That denial of this request for continuance could result in a miscarriage of justice;

9. That Mr. Evans is currently in custody and agrees to the continuance; and

10. That this is the first request for an extension of time to file objections to the PSR and to continue the Sentencing Hearing in this matter.

DATED 29th day of December, 2017.

/s/ Jennifer M. Waldo  /s/ Phillip N. Smith
_____  _____
JENNIFER M. WALDO, ESQ.  PHILLIP N. SMITH, ESQ.
Counsel for Defendant Antoine Evans  Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that Defendant Evans shall have up to and including January 11, 2018 to file objections to the PSR.

IT IS FURTHER ORDERED that Defendant Evans' Sentencing Hearing, currently set for January 19, 2018 shall be vacated and continued to Thursday, March 22, 2018, at 10:30 a.m. in Courtroom 7C.

DATED this __29__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT