Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**May 3, 2023**

Name of Offender: **Antoine Evans**

Case Number: **2:16CR00052**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **March 22, 2018**

Original Offense: **Conspiracy to Distribute a Controlled Substance (Cocaine Base)**

Original Sentence: **37 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 8, 2022**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 60 days, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program.

   ☒ **GPS Monitoring (including hybrid GPS).**

   This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

   ☒ **You are restricted to your residence every day from 7 am to 7 pm, or as directed by the probation officer.**

RE: Antoine Evans

Prob12B
D/NV Form
Rev. June 2014

## CAUSE

On July 8, 2022, Evans commenced his term of supervised release. At the onset of supervision Evans, appeared to have a prosocial support system and was extremely motivated to succeed on supervision. Evans has struggled complying with his psychotropic medication regimen. Evans has a history of medication noncompliance which the undersigned has addressed with Evans on several occasions.

On March 2, 2023, Evans tested positive for cocaine. The test was confirmed positive by the National Laboratory. The undersigned officer spoke with Evans regarding the positive test, and he states he did not use the illicit substance.

On April 5, 2023, Evans again tested positive for cocaine. On April 6, 2023, the undersigned officer met with Evans to discuss the positive test. Evans maintained that he did not use cocaine. He did state that he has been dating a woman and she uses the illicit substance. Evans was advised that he would only test positive for the illicit substance if the substance entered his blood stream. Evans states he does not know how he tested positive as he did not use. It is likely that Evans is using cocaine as a form of self-medicating.

On April 24, 2023, Evans had contact with Las Vegas Metropolitan Police Department (LVMPD). Evans was a passenger in a vehicle that was stopped due to issues with the license plate on the vehicle. LVMPD advised that Evans was intoxicated when they contacted him. On April 27, 2023, the undersigned officer spoke to Evans regarding the police contact. Evans maintained that he was not intoxicated but had gotten a ride from a friend that was under the influence. Evans admitted that he had been associating with people that were not supporting him in succeeding on supervision.

Evans appears to be on a downward spiral. To assist Evans with his struggles, the probation officer has amended Evan's substance abuse and mental health treatment services to include a substance abuse group sessions in conjunction with his individual co-occurring sessions. Additionally, Evans has renewed his psychotropic medication prescription and the undersigned officer will continue to monitor his medication compliance. Evans has struggled to make positive choices with prosocial associates. The above modification is respectfully requested to try and ensure that Evans is not associating negative associates. In addition, the probation officer believes that restricting Evans to his residence during evening hours will allow him to focus on his mental health and substance abuse treatment and encourage him to comply with his psychotropic medication regimen. Evans agreed to the proposed modification and waived his right to both a hearing and an attorney. The probation form 49 is attached for the Court's review.

RE: Antoine Evans

Prob12B  
D/NV Form  
Rev. June 2014

Respectfully submitted,

*Amberleigh K. Barajas*  
Digitally signed by Amberleigh Barajas  
Date: 2023.05.04 14:36:19 -07'00'

Amberleigh Barajas  
Senior United States Probation Officer

Approved:

*Todd Fredlund*  
Digitally signed by Todd Fredlund  
Date: 2023.05.04 12:00:15 -07'00'

Todd J. Fredlund  
Supervisory United States Probation Officer

---

### THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

_____

_____

_____

Signature of Judicial Officer

May 5, 2023  
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 60 days, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program.

    ☐ Location monitoring technology at the discretion of the probation officer.

    ☐ Radio Frequency (RF) Monitoring.

    ☒ GPS Monitoring (including hybrid GPS).

    ☐ Voice Recognition.

    This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

    ☒ You are restricted to your residence every day from 7:00 a.m. to 7:00 p.m, or as directed by the probation officer.

    ☐ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

☐ You are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court **(Home Incarceration)**.

☐ You must comply with the following condition:

Witness _____   Signed _____
U.S. Probation Officer                Probationer or Supervised Releasee

4.27.23
Date