RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Antoine Evans

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTOINE EVANS,<br><br>        Defendant. | Case No. 2:16-cr-00052-GMN-CWH-7<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward D. Penetar, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Antoine Evans, that the Revocation Hearing currently scheduled on May 29, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the office starting May 29, 2024, as she will be transferring to another district. Therefore, additional time is necessary to assign a new attorney to Mr. Evans' case.

2. Defense counsel needs additional time to investigate the allegations in the Petition and prepare for a contested hearing if necessary.

3. Mr. Evans is out of custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 28th day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Edward D. Penetar*<br>EDWARD D. PENETAR<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTOINE EVANS,<br><br>    Defendant. | Case No. 2:16-cr-00052-GMN-CWH-7<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 29, 2024 at 2:00 p.m., be vacated and continued to June 25, 2024 at the hour of 10:00 a.m.

  DATED this 28 day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE